**JOHN H. SNYDER**

157 East 81st Street, Suite 3A
New York, NY 10028
917.292.3081
john@jhs.nyc

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/06/2022

# MEMO ENDORSED

May 5, 2022

By ECF

Hon. Valerie Caproni
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    ASV Technologies Inc. v. United Community Banks, Inc.,
              22-CV-03472 (VEC)

Dear Judge Caproni:

    I represent the defendant United Community Banks, Inc. in the above-referenced matter, which was recently removed to this Court.

    I write to request a one-week adjournment of the deadline to file our forthcoming motion to dismiss to **May 12, 2022**. Counsel for the Plaintiff, Apaamoore Agambila, Esq., consents to this adjournment.

Respectfully Yours,

*[signature]*

John H. Snyder

cc:    Apaamoore Agambila, Esq.
         aalaw@aol.com

---

Application GRANTED. Defendant's deadline to answer, move, or otherwise respond to the Complaint is due no later than **Thursday, May 12, 2022**.

Plaintiff's counsel has not appeared in this action. Plaintiff's counsel must file a notice of appearance by no later than **Wednesday, May 11, 2022**. By no later than **Monday, May 9, 2022**, Defense counsel must serve a copy of this Endorsement on Plaintiff's counsel by email and file proof of service on the docket.

Defendant has indicated that he consents to the transfer of this case from the Undersigned to a Magistrate Judge. *See* Form, Dkt. 6. The Court will not approve the transfer of this case unless both parties agree. If both parties agree, counsel must jointly sign and file one consent form on the docket. The Court will not accept forms signed by only one party. The Court reminds the parties that they may withhold consent to the transfer of the case to a Magistrate Judge without any adverse consequences.

SO ORDERED.

*[signature]*    Date: May 6, 2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE