USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/13/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
ASV TECHNOLOGIES, INC.,                         :
                                                :
                          Plaintiff,            :
            -against-                           :
                                                :        22-CV-3472 (VEC)
                                                :
UNITED COMMUNITY BANKS, INC., A/K/A             :           ORDER
UNITED COMMUNITY BANK,                          :
                                                :
                          Defendant.            :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS on May 12, 2022, Defendant filed a motion to dismiss the complaint, Dkt. 11.

   IT IS HEREBY ORDERED that any response in opposition to the motion is due no later than **Friday, June 10, 2022** and any reply in support is due no later than **Friday, June 24, 2022**. The Court reminds Plaintiff that in lieu of responding to the motion to dismiss, Plaintiff may file an amended complaint in line with Rule 4(E)(i) of the undersigned's Individual Practices in Civil Cases.

   IT IS FURTHER ORDERED that, by no later than **Monday, May 16, 2022 at 12:00 P.M.**, Defense counsel must serve a copy of this Order on Plaintiff's counsel via email and file proof of service on the docket. The Court reminds Plaintiff's counsel that he must file a notice of appearance on the docket by no later than **Monday, May 16, 2022**. *See* Endorsement, Dkt. 10.

**SO ORDERED.**

Date:  May 13, 2022
       New York, New York

_____
VALERIE CAPRONI
United States District Judge