# JOHN H. SNYDER

157 East 81st Street, Suite 3A
New York, NY 10028
917.292.3081
john@jhs.nyc

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/27/22

**MEMO ENDORSED**

June 27, 2022

By ECF

Hon. Valerie Caproni
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: ASV Technologies Inc. v. United Community Banks, Inc., 22-CV-03472 (VEC)

Dear Judge Caproni:

I submit this letter on behalf of both Parties in the above-referenced matter for the purpose of requesting a three-week adjournment of the Initial Pre-Trial Conference currently scheduled for July 1, 2022.

(1) The Parties request a 3-week adjournment of the IPTC so that the Parties can focus on settlement discussions. On May 13, 2022, the Parties and counsel held an hour-long settlement conference. Last week, Defendant made a settlement proposal to the Plaintiff, which Plaintiff is reviewing.

(2) The original date of the IPTC is July 1, 2022.

(3) There have been no previous requests for adjournment of the IPTC.

(4) All Parties consent to the proposed adjournment.

(5) The Parties propose July 22, 2022 as an alternative date.

We appreciate the Court's attention to this matter.

Respectfully Yours,

*/s/ John H. Snyder*

John H. Snyder

Copy: Apaamoore Agambila, Esq. (via ECF and Email)

---

Application GRANTED.

The IPTC is scheduled for **Friday, July 22, 2022 at 10 AM**. The parties' joint letter and proposed case management plan are due by the end of day on **July 14, 2022**. The parties are referred to the Court's order at Dkt. 3 ¶ 1 for instructions on the content of the joint letter.

SO ORDERED.                06/27/22

*/s/ Valerie Caproni*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE